MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DYLAN N. BALES__          CASE NO. __3:06-cr-00041-03-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:          __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:         __ROBIN M. CARTER__

UNITED STATES' ATTORNEY:       __FRANK RUSSO/MIKE BURKE__

DEFENDANT'S ATTORNEY:          __PHILLIP WEIDNER - RETAINED__

U.S.P.O.:                      __PAULA MCCORMICK__

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:46 a.m. court convened.

_X_ Copy of Indictment given to defendant; waived reading.

_X_ Defendant advised of general rights. _X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: __Same as above__     Age: __28__

_X_ PLEAS: Not guilty to counts __1-2, 99-101, 115-116, Denied counts 141-142__

_X_ Defendant detained/Detention Hearing set for **April 28, 2006 at 9:00 a.m.** Order of Temporary Detention **FILED**.

_X_ Pretrial motions due **May 23, 2006**   ; Order For the Progression of a Criminal Case **FILED**.

_X_ Counsel advised of trial date: **June 26, 2006**

_X_ OTHER: Counsel to meet and confer by **5/2/06**; discovery due by **5/9/06**. Counsel to file motion to withdraw as counsel if no longer retained by **5/23/06**.

At 10:58 a.m. court adjourned.

DATE: __April 25, 2006__        DEPUTY CLERK'S INITIALS:  __Rc__