Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:06-CR-041-RRB |
| vs. | ) | |
| | ) | |
| DYLAN N. BALES, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, and hereby enters his appearance on behalf of DYLAN BALES, defendant in the above-captioned matter.

Please address a copy of all pertinent pleadings, orders and correspondence to:

Phillip Paul Weidner, Esq.
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fzx (907) 278-6571

RESPECTFULLY SUBMITTED this 27th day of April, 2006.

        WEIDNER & ASSOCIATES, INC.
        Counsel for Dylan N. Bales

        s/ Phillip Paul Weidner
        WEIDNER & ASSOCIATES, INC.
        330 L Street, Suite 200
        Anchorage, AK 99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail: jgreene@weidnerjustice.com
        ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on April 27, 2006 a copy of the foregoing Entry of Appearance was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber.


s/ Phillip Paul Weidner
ABA 7305032

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fzx (907) 278-6571