Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) | |
| ) | |
| Plaintiff,             ) | Case No. 3:06-CR-041-RRB |
| ) | |
| vs.             ) | |
| ) | |
| DYLAN N. BALES, et al.             ) | |
| ) | |
| Defendants.             ) | |

**MOTION TO WITHDRAW REQUEST FOR DETENTION HEARING**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, on behalf of defendant Dylan N. Bales, and hereby moves to withdraw the request for a detention hearing pursuant to 18 U.S.C. § 3142, previously made on the record.  Accordingly, pursuant to the instant request, the detention hearing currently scheduled for Friday, April 28, 2006, at 9:00 should be vacated forthwith.

The instant request is without prejudice to Defendant Bales later requesting a detention hearing pursuant to 18 U.S.C. § 3142.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

RESPECTFULLY SUBMITTED this 27th day of April, 2006.

            WEIDNER & ASSOCIATES, INC.
            Counsel for Dylan N. Bales

            s/ Phillip Paul Weidner
            WEIDNER & ASSOCIATES, INC.
            330 L Street, Suite 200
            Anchorage, AK  99501
            Phone (907) 276-1200
            Fax (907) 278-6571
            E-mail: jgreene@weidnerjustice.com
            ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on April 27, 2006 a copy of the foregoing Motion to Withdraw Request for Detention Hearing was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber.

s/ Phillip Paul Weidner
ABA 7305032