Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:06-CR-041-RRB |
| vs. | ) | |
| | ) | |
| DYLAN N. BALES, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED]**
**O R D E R**
**VACATING DETENTION HEARING**

Pursuant to motion, and for good cause shown, the detention hearing as to defendant

Dylan N. Bales, scheduled for April 28, 2006, at 9:00 a.m. is hereby VACATED, without

prejudice to defendant's right to later request such a hearing pursuant to 18 U.S.C. § 3142.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable John D. Roberts
Magistrate of the U.S. District Court

CERTIFICATE OF SERVICE
I hereby certify that on April 27, 2006 a copy of the foregoing Order Vacating Detention
Hearing was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex
Lamont Butler, John M. Murtagh, David R. Weber.

s/ Phillip Paul Weidner
ABA 7305032

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571