Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>             Plaintiff,                         )<br>                                                          )   Case No. 3:06-CR-041-RRB<br>      vs.                                            )<br>                                                          )<br>DYLAN N. BALES, et al.                )<br>                                                          )<br>             Defendants.                   )<br>_____) | |

**MOTION TO VACATE ORDER OF DENTENTION PENDING TRIAL**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, on behalf of defendant Dylan N. Bales, and hereby moves to recall and/or vacate the Order of Detention Pending Trial as to Defendant Bales, entered by Magistrate Judge Hall on April 28, 2006. [Docket No. 52]

At the arraignment of Mr. Bales on April 25, 2006, counsel for Mr. Bales requested a detention hearing, and one was scheduled for April 28, 2006. Prior to the hearing, however, Mr. Bales, through counsel, withdrew the request for a hearing without prejudice to his right to later request a hearing pursuant to 18 U.S.C. § 3142. See, Docket No. 48. Magistrate Roberts entered an order vacating the detention hearing on April 28, 2006. See, Docket No. 49. Accordingly, it appears the Order of Detention at Docket No. 52 is in error, as it states " a detention hearing was held."

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

The Order should be recalled and/or vacated forthwith.

RESPECTFULLY SUBMITTED this 2nd day of May, 2006.

    WEIDNER & ASSOCIATES, INC.
    Counsel for Dylan N. Bales

    s/ Phillip Paul Weidner
    WEIDNER & ASSOCIATES, INC.
    330 L Street, Suite 200
    Anchorage, AK  99501
    Phone (907) 276-1200
    Fax (907) 278-6571
    E-mail: jgreene@weidnerjustice.com
    ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on May 2, 2006 a copy of the foregoing Motion to Vacate Order of Detention Pending Trial was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber.

s/ Phillip Paul Weidner
ABA 7305032