Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DYLAN N. BALES, et al.  )<br>  )<br>Defendants.  )<br>_____)  | Case No. 3:06-CR-041-RRB |

**[PROPOSED]**
**O R D E R**
**VACATING ORDER OF DETENTION PENDING TRIAL**

Pursuant to motion, and for good cause shown, the Order of Detention Pending Trial entered at Docket No. 52 as to defendant Dylan N. Bales, is hereby VACATED.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable John D. Roberts
Magistrate of the U.S. District Court

CERTIFICATE OF SERVICE
I hereby certify that on May 2, 2006 a copy of the foregoing Order Vacating Order of Detention Pending Trial was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber.

s/ Phillip Paul Weidner
ABA 7305032