AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
MAY 03 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED** <br> **WARRANT FOR ARREST** |
| V. <br> DYLAN N. BALES | CASE NUMBER: 3:06-00041-03-RRB |

To:   The United States Marshal
      and any Authorized United States Officer

RECEIVED U.S. MARSHALS SERVICE ALASKA

YOU ARE HEREBY COMMANDED to arrest DYLAN N. BALES  bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952, 960(a), (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Ct 1
21:846, 841(a)(1), (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Ct 2
18:1956 (a)(1)(A)(i),(a)(1)(B)(i), (a)(1)(B)(ii), & 2 - MONEY LAUNDERING - Cts 99,100,101,115,116
21:853(a)(1), (a)(2) - DRUG FORFEITURE - Ct 141
18:982(a)(1) - MONEY LAUNDERING FORFEITURE - Ct 142

| | |
|---|---|
| Ida Romack <br> Name of Issuing Officer | Clerk of Court <br> Title of Issuing Officer |
| by _[signature]_   Deputy Clerk <br> Signature of Issuing Officer | April 19, 2006 <br> Date and Location |
| Bail Fixed at $ to be determined | by  Magistrate Judge John D. Roberts |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:  ANCHORAGE ALASKA

| DATE RECEIVED <br> 20 APR 2006 | NAME AND TITLE OF ARRESTING OFFICER <br> SA MARK SCHMIDT <br> DEA | SIGNATURE OF ARRESTING OFFICER <br> _[signature]_ |
|---|---|---|
| DATE OF ARREST <br> 22 APR 2006 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Dylan Nelson Bales

ALIAS: _____

LAST KNOWN RESIDENCE

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: 5'10    WEIGHT: 220

SEX: MALE    RACE: White

HAIR: Blonde    EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____