Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | Case No. 3:06-CR-041-RRB |
| ) | |
| vs.            ) | |
| ) | |
| DYLAN N. BALES, et al.            ) | |
| ) | |
| Defendants.            ) | |

**NON-OPPOSED MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
AND JOINDER IN CO-DEFENDANT'S MOTIONS AS TO SAME[1]**

COMES NOW the defendant, DYLAN BALES, by and through counsel, Phillip Paul Weidner & Associates, Inc., and moves for an order setting a status hearing to reset the trial date. As set forth in the motion of co-defendant Nopenon Dennis Shine at Docket No. 96, which Mr. Bales hereby joins in, due to the complexity of the case and the volume of discovery, the current trial date of June 26, 2006, cannot be met.  See, 18 U.S.C. § 3161(h)(8)(B).

This motion to continue trial and pretrial motions deadline is non-opposed by Assistant United States Attorney Frank Russo.

---

[1] Mr. Bales joins in Mr. Shine's Motion to Continue Trial [Docket No. 96] and his Motion to Continue Motions Deadline [Docket No. 97].

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fzx (907) 278-6571

1

The Order For The Progression Of A Criminal Case signed by magistrate Judge Roberts ordered the Rule 16 discovery to be produced by May 2, 2006. Said discovery is voluminous. Discovery currently available to defendants includes a CD with more than 3,700 scanned pages of discovery. Moreover, according to pleadings filed in this case, 291 CDs were outsourced by the government to IMIG Audio/Video. Certain defendants are "still awaiting the copying of audio and video files that are alleged to include 11 DVDs, 95 CDs, and 121 VHS tapes." See, Motion to Continue Trial filed by Defendant Shine [Docket No. 96] at 2.

Given the apparent large-scale investigation and resultant voluminous discovery, as well as the number of defendants, a continuance is necessary. Accordingly, the Court is requested to set a status conference with all parties present to determine a new trial date.

Moreover, it is further requested that the current pretrial motions deadline of May 23, 2006, be vacated, and a new pretrial motions deadline set to coincide with the new trial date.

RESPECTFULLY SUBMITTED this 23rd day of May, 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Dylan N. Bales

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidnerjustice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on May 23, 2006 a copy of the foregoing Non-Opposed Motion to Continue Trial and Pretrial Motions Deadline was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber, William English.
s/ Phillip Paul Weidner ABA 7305032

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571