Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>          Plaintiff,          )<br>                               )     Case No. 3:06-CR-041-RRB<br>     vs.                       )<br>                               )<br>DYLAN N. BALES, et al.         )<br>                               )<br>          Defendants.          )<br>_____) | |

**[PROPOSED]**
**O R D E R**

Pursuant to motion, and for good cause shown, IT IS HEREBY ORDERED:

(1) A status hearing is set as to Defendants' motion to continue trial for the ___ day of _____ at _____;

(2) The pretrial motions deadline of May 23, 2006, is HEREBY VACATED.

SO ORDERED this _____ day of _____, 2006.

                                                                    _____
                                                                    The Honorable Ralph Beistline
                                                                    U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on May 2, 2006 a copy of the foregoing Order was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber, William English.

s/ Phillip Paul Weidner ABA 7305032