Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>            Plaintiff,                        )<br>                                                           )<br>    vs.                                              )<br>                                                           )<br>DYLAN N. BALES, et al.                )<br>                                                           )<br>            Defendants.                  )<br>_____) | Case No. 3:06-CR-041-RRB |

**[PROPOSED]**
**O R D E R**

Pursuant to motion, and for good cause shown, IT IS HEREBY ORDERED:

Defendants' motion to continue trial is granted.

A status hearing is set as to setting a new trial date for the __ day of _____ at ____
_____;

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Ralph Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on May 25, 2006 a copy of the foregoing Order was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber, William English.

s/ Phillip Paul Weidner ABA 7305032