Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                         Plaintiff,      )<br>                                                         )     Case No. 3:06-CR-041-RRB<br>            vs.                                       )<br>                                                         )<br>DYLAN N. BALES, et al.                )<br>                                                         )<br>                         Defendants.  )<br>_____)| |

**NON-OPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE
AND JOINDER IN CO-DEFENDANT'S MOTION AS TO SAME[1]**

COMES NOW the defendant, DYLAN BALES, by and through counsel, Phillip Paul Weidner & Associates, Inc., and moves to continue the pretrial motions deadline, currently set for May 23, 2006, to coincide with the new trial date, which has been requested in a companion Non-Opposed Motion to Continue Trial, filed concurrently herewith.

This motion to continue pretrial deadlines is non-opposed by Assistant United States Attorney Frank Russo.

As set forth in the motion to continue trial, the apparent large-scale investigation and resultant voluminous discovery, as well as the number of defendants, makes this a complex case

---

[1] Mr. Bales joins in Mr. Shine's Motion to Continue Pretrial Motions Deadline [Docket No. 97].

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

1

and a continuance is necessary.  See, 18 U.S.C. § 3161(h)(8)(B).  Mr. Bales has requested a status conference with all parties present to determine a new trial date.

Accordingly, it is herein further requested that the current pretrial motions deadline of May 23, 2006, be vacated *nunc pro tunc*, and a new pretrial motions deadline set to coincide with the new trial date.

RESPECTFULLY SUBMITTED this 25th day of May, 2006.

    WEIDNER & ASSOCIATES, INC.
    Counsel for Dylan N. Bales

    s/ Phillip Paul Weidner
    WEIDNER & ASSOCIATES, INC.
    330 L Street, Suite 200
    Anchorage, AK  99501
    Phone (907) 276-1200
    Fax (907) 278-6571
    E-mail: jgreene@weidnerjustice.com
    ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on May 25, 2006 a copy of the foregoing Non-Opposed Motion to Continue Trial and Pretrial Motions Deadline was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber, William English.
s/ Phillip Paul Weidner ABA 7305032

330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

2