Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:06-CR-041-RRB |
| vs. | ) | |
| | ) | |
| DYLAN N. BALES, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED]**
**O R D E R**

Pursuant to motion, and for good cause shown, IT IS HEREBY ORDERED:

The pretrial motions deadline of May 23, 2006, is HEREBY VACATED *nunc pro tunc*.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Ralph Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on May 25, 2006 a copy of the foregoing Order was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber, William English.

s/ Phillip Paul Weidner ABA 7305032

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fzx (907) 278-6571

1