DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL J. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>THOMAS P. RANES,<br>NOPENONE DENNIS SHINE,<br>DYLAN N. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING,<br>ROBERT H. MCDONALD,<br>JOSHUA S. MURPHY,<br>JUSTIN KILLIAN,<br>RODNEY W. RHODEN,<br>JAMES ROBERT RANES,<br>SAMUEL JOSEPH MATECHUK,<br>   a/k/a "Joe",<br>MITCHELL S. LEBLANC,<br>   a/k/a "Baldie",<br>DANIEL J. KNEITEL,<br>   a/k/a "Aussie", a/k/a "Ozzy",<br>KURTIS R. CROY,<br>   a/k/a "the Photographer", and<br>KYLE MCDONALD-WOLOCHATIUK,<br><br>                Defendants. | Case No. 3:06-cr-00041-RRB<br><br>**MOTION  TO UNSEAL<br>SUPERSEDING INDICTMENT**<br><br><br>**FILED ON SHORTENED TIME** |

COMES NOW Plaintiff, the United States of America, through its undersigned Assistant United States Attorney, moves this Court for an order unsealing the indictment in this case.

On June 23, 2006, defendant JOSHUA S. MURPHY was taken into custody by agents with the Drug Enforcement Administration, and Investigators with the Alaska State Troopers.

WHEREFORE, Plaintiff respectfully requests that the Superseding Indictment be unsealed and the arraignments of the defendants proceed on a schedule established by the Court.

RESPECTFULLY SUBMITTED this  26th  day of June, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov