MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>DYLAN N. BALES</u>     CASE NO. <u>3:06-cr-00041-03-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:           <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:          <u>ROBIN M. CARTER</u>

UNITED STATES' ATTORNEY:        <u>FRANK RUSSO/MIKE BURKE</u>

DEFENDANT'S ATTORNEY:           <u>PHILLIP WEIDNER/LISA ROSANO</u>

U.S.P.O.:                       <u>PAULA MCCORMICK</u>

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
             HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:01 a.m. court convened.

Court and counsel heard re defense counsel's oral motion to continue this proceeding; **GRANTED**. Matter continued to **June 27, 2006 at 3:30 p.m.**

At 11:03 a.m. this matter recessed until 3:29 p.m.

<u>X</u> Copy of Superseding Indictment given to defendant; waived.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> PLEAS: Not guilty to counts <u>1-2, 99-101, 115-116 of the</u>
   <u>Superseding Indictment and denied counts 144-145 of the</u>
   <u>Superseding Indictment.</u>

<u>X</u> Detention continued as previously set.

<u>X</u> Counsel advised of trial date: <u>**2/12/07 at 8:30 a.m.; FPTC set**</u>
   <u>**2/02/07 at 9:00 a.m. Court to issue order re pretrial motions.**</u>
   <u>Counsel to meet and confer by **7/15/06**.</u>

At 3:35 p.m. court adjourned.


DATE: <u>June 27, 2006</u>          DEPUTY CLERK'S INITIALS: <u>rc</u>