UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>(01) Thomas P. **Ranes**,<br>(02) Nopenon Dennis **Shine**,<br>(03) Dylan N. **Bales**,<br>(04) Curtis H. **McDonald**,<br>(05) Kevin A. **Browning**,<br>(06) Robert H. **McDonald**,<br>(07) Joshua S. **Murphy**,<br>(08) Justin **Killian**,<br>(09) Rodney W. **Rhoden**,<br>(10) James Robert **Ranes**,<br>(11) Samuel Joseph **Matechuk**,<br>(12) Mitchell S. **Leblanc**,<br>(13) Daniel J. **Kneitel**,<br>(14) Kurtis R. **Croy**,<br>(15) Kyle **McDonald-Wolochatiuk**,<br><br>        Defendants. | 3-06-cr-00041-RRB-JDR<br><br>**<u>ORDER REGARDING</u>**<br><br>**<u>PRE-TRIAL MOTION DEADLINES</u>** |

        The above criminal case charging fifteen defendants with conspiracy involving cocaine and methamphetamine trafficking has been declared complex by the trial judge.  *See*  Docket no. 115.  Trial in this case is currently set for February 12, 2007.

Accordingly, Pretrial Motion Deadlines are hereby set as follows:

(a) multiplicity or duplicity and defect contentions with respect to the indictment; **July 31, 2006**.

(b) motions for bills of particular; **August 30, 2006**.

(c) discovery motions; **August 30, 2006.**

(d) motions to suppress statements; **September 15, 2006**.

(e) motions to suppress evidence of searches or arrests; **September 29, 2006**.

(f) motions to sever counts or parties; **October 2, 2006.**

(g) motions for disclosure of confidential informants; **November 1, 2006**.

(h) wire tap motions regarding ceiling and minimization, and wire tap motions regarding necessity requirements; **November 15, 2006.**

(i) motions in limine; **December 15, 2006** and

(j) Rule 702 motions; and time limit for parties to locate any expert witnesses and written summaries of testimony from those expert witnesses; **January 4, 2007**.

The Court will not alter the deadlines specified except for the most compelling of reasons.

DATED this 30th day of June, 2006, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge