Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | Case No. 3:06-CR-041-RRB |
| vs.       ) | |
| ) | |
| DYLAN N. BALES, et al.       ) | |
| ) | |
| Defendants.       ) | |
| _____) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, on behalf of defendant Dylan N. Bales, and hereby moves for an order extending the time to file pretrial motions in the instant case.  At present, the defendant's pretrial motions are due on July 31, 2006.  The defendant seeks an extension of time of no less than 60 days to file his pretrial motions.

This motion is based on good cause. The defendant is making the instant request in light of lead defense counsel, Phillip Paul Weidner's unavailability due to on-going and extensive depositions in In Re the Exxon Valdez, Case no. A-89-095 CI (HRH); Nautilus Marine Enterprises, Inc., v. Exxon Corporation et al., Case No. A-94-417 Civ. and Cook Inlet

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

<u>Processing, a Division of Polar Equipment, Inc., v. Exxon Corporation et al.</u>, Case No. A91-141 Civ., occurring both in Alaska and out of state. For the reasons outline above, the defendant moves for an extension of time of 60 days to file his pretrial motions.

RESPECTFULLY SUBMITTED this 31st day of July, 2006.

    WEIDNER & ASSOCIATES, INC.
    Counsel for Dylan N. Bales

    s/ Phillip Paul Weidner
    WEIDNER & ASSOCIATES, INC.
    330 L Street, Suite 200
    Anchorage, AK  99501
    Phone (907) 276-1200
    Fax (907) 278-6571
    E-mail: jgreene@weidnerjustice.com
    ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on July 31, 2006, a copy of the foregoing Motion for Extension of Time to File Pretrial Motions was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber.

s/ Phillip Paul Weidner
ABA 7305032