Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>DYLAN N. BALES, et al.  )<br>  )<br>           Defendants.  )<br>_____) | Case No. 3:06-CR-041-RRB |

**[PROPOSED]
O R D E R
EXTENDING PRETRIAL MOTIONS**

Pursuant to motion, and for good cause shown, the pretrial motions in this matter as to Defendant Dylan N. Bales, are due on or by sixty days from the date of this order.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable John D. Roberts
Magistrate of the U.S. District Court

CERTIFICATE OF SERVICE
I hereby certify that on July 31, 2006, a copy of the foregoing Order Vacating Detention Hearing was served electronically on Frank Russo, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber.

s/ Phillip Paul Weidner
ABA 7305032

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fzx (907) 278-6571