Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )  | |
| Plaintiff,       ) | |
| )  | Case No. 3:06-CR-041-RRB |
| vs.       ) | |
| )  | |
| DYLAN N. BALES, et al.       ) | |
| )  | |
| Defendants.       ) | |
| _____)  | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, on behalf of defendant Dylan N. Bales, and hereby gives notice of Mr. Bales' intent to change his plea in the above-captioned matter, to wit, to plead guilty to appropriate charges in the indictment under Federal Rule of Criminal Procedure 11.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

1

RESPECTFULLY SUBMITTED this 25th day of August, 2006.

        WEIDNER & ASSOCIATES, INC.
        Counsel for Dylan N. Bales

        s/ Phillip Paul Weidner
        WEIDNER & ASSOCIATES, INC.
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail: jgreene@weidnerjustice.com
        ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on August 25, 2006, a copy of the foregoing Notice of Intent to Change Plea was served electronically on Frank Russo, Allan D. Beiswenger, Michael T. Burke, William D. English, Michael Filipovic, Robert M. Herz, Scott A. Sterling, Joe P. Josephson, Michael D. Dieni, Rex Lamont Butler, John M. Murtagh, David R. Weber.

s/ Phillip Paul Weidner
ABA 7305032