```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


             USA    v.    DYLAN N. BALES

DATE:    August 25, 2006      CASE NO.    3:06-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    MINUTE ORDER FROM CHAMBERS
                SCHEDULING HEARING
```

Pursuant to the Notice of Intent to Change Plea filed by Defendant Bales at Docket 209, a change of plea hearing will be held on **Tuesday, August 29, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING