NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
JAMES BARKELEY
Assistant U.S. Attorneys
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-RRB |
|---|---|---|
| Plaintiff, | ) | **MOTION FOR PRELIMINARY** |
| v. | ) | **ORDER OF FORFEITURE** |
| DYLAN N. BALES (D-3), | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 30th day of August, 2006 in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Frank V. Russo
> FRANK V. RUSSO
> Assistant U. S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Rm. C-253
> Anchorage, AK  99513-7567
> Tel: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, a true and correct copy of the foregoing MOTION FOR PRELIMINARY ORDER OF FORFEITURE and proposed PRELIMINARY ORDER OF FORFEITURE were served electronically on:

PHILLIP P. WEIDNER  (Counsel for defendant Dylan N. Bales)

s/Frank Russo