NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
SHAWN C. FULLER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
frank.russo@usdoj.gov
shawn.fuller@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00041-RRB |
| ) | |
| Plaintiff, ) | |
| ) | MOTION FOR |
| vs. ) | ENLARGEMENT OF TIME TO |
| ) | FILE 702 NOTICES |
| THOMAS P. RANES, NOPENONE ) | |
| DENNIS SHINE, CURTIS H. ) | *Filed On Shortened Time* |
| MCDONALD, JOSHUA S. MURPHY, ) | |
| JUSTIN KILLIAN, RODNEY W. ) | |
| RHODEN, SAMUEL J. MATECHUK, ) | |
| MITCHELL LEBLANC, DANIEL J. ) | |
| KNEITEL, KURTIS R. CROY, KYLE ) | |
| MCDONALD-WOLOCHATIUK, ) | |
| WILLIAM C. YANCEY and YIN TAK ) | |
| MIU, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves on shortened time to postpone the Court's deadline for filing notices of expert testimony pursuant to Fed. R. Evid. 702. Under the Court's present order regarding pre-trial motions, such notices are due today. This motion is made based on the filing of a Second Superseding Indictment which broadens the scope of the case as well as potential expert testimony. A motion to continue the trial based upon the new issues in the case is scheduled for January 11, 2006. Therefore, the United States respectfully requests that the Court's deadline be postponed pending the resolution of the January 11, 2006 hearing.

RESPECTFULLY SUBMITTED this 4th day of January, 2007, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    /s Frank V. Russo
    FRANK V. RUSSO
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 West Seventh Avenue, #9, Room 253
    Anchorage, Alaska  99513-7567
    (907) 271-5071
    (907) 271-1500 (fax)
    Frank.Russo@usdoj.gov

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 4, 2007, via:

(✔) ELECTRONIC NOTICE

| | |
|---|---|
| **Michael Filipovic** (Counsel for ▲Thomas P. Ranes, Def. 1 ) Federal Public Defender 1601 Fifth Avenue, Suite 700 Seattle, WA 98101 Tel: 206/553-1100 Fax: 206/553-0120 | **Michael Dieni** **Kevin McCoy** (Counsel for ▲ Nopenon Dennis Shine, Def. 2) 601 W. 5th Ave., Suite 800 Anchorage, AK 99501 Tel: 646-3400 Fax: 646-3480 |
| **Phillip P. Weidner** (Counsel for ▲ Dylan N. Bales, Def. 3) 330 L St., Suite 200 Anchorage, AK 99501 Tel: 276-1200 Fax: 278-6571 | **William D. English** (Counsel for ▲ Curtis McDonald, Def. 4) 310 K St., Ste. 200 Anchorage, AK 99501 Tele: 264-6722 Fax: 277-0712 |
| **Rex Lamont Butler** (Counsel for ▲ Kevin Browning, Def. 5) 745 W. 4th Ave., Suite 300 Anchorage, AK 99501 Tel: 272-1497 Fax: 276-3306 | **Joe P. Josephson** (Counsel for ▲ Robert McDonald, Def. 6) 912 W. 6th Avenue Anchorage, AK 99501-2024 Tel: 276-0151 Fax: 276-0155 |
| **Robert M. Herz** (Counsel for ▲ Joshua S. Murphy, Def. 7) 425 G Street, Suite 600 Anchorage, AK  99501 Tel:  (907) 277-7171 Fax: (907) 277-0281 | **Allan Beiswenger** (Counsel for ▲ Justin Killian, Def. 8) 1101 W. 7th Avenue Anchorage, AK  99501 Tel: (907) 868-1280 Fax: (907) 258-6419 |
| **Thomas Wonnell** (Counsel for ▲Rodney Rhoden, Def. 9 ) 2600 Denali St., Suite 460 Anchorage, AK 99503 Tel: 276-8008 Fax: 278-8571 | **Scott Sterling** (Counsel for ▲ James R. Ranes, Def. 10 ) 851 E. Westpoint Drive, Ste. 201 Wasilla, AK 99654 Tel: (907) 376-8076 Fax: 907-376-8078 |
| **Hugh Fleischer** (Counsel for ▲ William C. Yancey, Def. 16) 310 K. St., Suite 200 Anchorage, AK  99501 Tel: (907)264-6635 Fax: (907)264-6602 | **Allen N. Dayan** (Counsel for ▲ Yin Tak Miu, Def. 17) 745 West 4th Avenue, Suite 400 Anchorage, AK 99501 Tel: 277-2330 Fax: 277-7780 |

s/ Frank V. Russo

U.S. v. RANES et al.
3:06-cr-00041-RRB                                      3