NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | **BILL OF PARTICULARS FOR** |
| | ) | **FORFEITURE OF PROPERTY** |
| v. | ) | |
| | ) | |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby files the following Bill of Particulars for Forfeiture of Property.

The Second Superseding Indictment in this case seeks forfeiture of property pursuant to 21 U.S.C. § 853(a)(1) and (a)(2). The United States hereby gives notice that, in addition to property already listed in Criminal Forfeiture Count 141, the United States is seeking forfeiture of the following additional property:

a. Vehicles Used to Facilitate Crimes

6. 2006 FLATBED ALUMINUM TRAILER, Alaska License Number 5115RN.

c. Equipment Used to Facilitate Crimes

2. SMITH & WESSON .45 CALIBER 1911 PISTOL, Serial Number JRE9940;

3. GLOCK MODEL 36 .45 CALIBER ACP PISTOL (Single Stack), Serial Number FNW506.

d. Proceeds of Crimes

19. 1994 CHEVROLET KODIAK C6H042 TOW TRUCK, With Tow Equipment, VIN 1GBE6H1J6RJ107351, Alaska License Number DYL348;

20. 1996 HAULMARK G824T3 ENCLOSED CAR TRAILER, VIN 16HGB2420TU004179;

21. 2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN42618C404;

22. 2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN57196F404;

23. 2004 SHORELANDER MIDWEST DUAL JET SKI 2200 TRAILER, VIN 1MDKNKK124A281488;

24. 2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A65A611162;

25. 2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A05A381103;

26. 2005 POLARIS MODEL S05PL8DSC SNOWMACHINE, VIN SN1PL8DS25C540503, Alaska License Number SD0331;

U.S. v. RANES, et al.
Case No. 3:06-cr-041-RRB

2

27. 1998 SKI DOO SNOWMACHINE, VIN 140700798;

28. WEATHERBY MARK V .338 CALIBER RIFLE, Serial Number SS008083;

29. SMITH & WESSON MODEL 329 .44 MAGNUM REVOLVER, Serial Number CFZ3604

30. 1990 FORD MUSTANG RACE CAR, BLUE, Alaska License Number DXS406, VIN 1FACP40E3LF200941.

The foregoing assets were all lawfully seized by DEA in approximately April – May 2006, for administrative forfeiture, in connection with the criminal investigation which resulted in the original and subsequent indictments in this case.  The original and subsequent indictments charged all forfeitable property, without limitation, including the foregoing assets, which are now particularly named for criminal forfeiture purposes.  These assets should remain in the custody of the United States Marshals Service until order of this Court; a motion to that effect is being filed in conjunction herewith.

Respectfully submitted this 6th day of June, 2007, in Anchorage, Alaska

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

U.S. v. RANES, et al.
Case No. 3:06-cr-041-RRB

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2007, a true and correct copy of the foregoing BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY was served electronically on the following:

Michael Filipoviv
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Paula S. Deutsch
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Scott A. Sterling
Allan D. Beiswenger


s/ Frank V. Russo

U.S. v. RANES, et al.
Case No. 3:06-cr-041-RRB

4