MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___DYLAN BALES___ CASE NO.__3:06-CR-00041-03-RRB_____
Defendant: _X_Present  _X_In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:____CAROLINE EDMISTON / ALEXIS GUTIERREZ__

UNITED STATES' ATTORNEY:__TOM BRADLEY_____

DEFENDANT'S ATTORNEY:__PHILLIP WEIDNER, TELEPHONIC/LISA ROSANO__

U.S.P.O.:_____PAULA MCCORMICK_____

PROCEEDINGS: STATUS CONFERENCE/BAIL HEARING HELD 12/20/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened.

Court and counsel heard re defendant's oral motion to release the
defendant to proposed Third Party Custodian and electronic
monitoring with conditions; **GRANTED.**

Order Setting Conditions of Release **FILED.**

Release Order **FILED.**

At 9:07 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal Service.

DATE:_____December 20, 2007_____ DEPUTY CLERK'S INITIALS: __CME__

Revised 6-18-07