## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. _Dylan Bales_

CASE NO: _3:06-CR-00041-03-RRB_

--------------------------------------------------------------------

Defendant _Dylan Bales_ ,

**has this date met the bail conditions indicated below and is ordered discharged from custody.**

X **Released to** _Melissa Free_ , **the third party custodian(s)**

_____**Paid cash bail in the amount of** _____ **to the Clerk of Court**

_____**Posted unsecured bond in the amount of** _____

_____**Posted bond secured by** ____ **property or** ____ **surety in the amount of** _____ **with the Clerk of Court**

_____**Surrendered passport to the Clerk of Court**

_____**Other**_____
_____
_____

Dated at _Anchorage_ , Alaska this _20th_ day of _December_, 20_07_

**REDACTED SIGNATURE**

_Ralph R. Beistline_
**U.S. DISTRICT JUDGE**

Original & 1 cy to U.S. Marshal

(Rev 5/05)