Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:06-CR-041-RRB |
| vs. | ) | |
| DYLAN N. BALES, et al. | ) | |
| Defendants. | ) | |

**NON-OPPOSED MOTION TO RESCHEDULE/ADVANCE SENTENCING DATE**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, on behalf of defendant Dylan Bales, and moves this court to reschedule/advance the sentencing date in this case, currently set for May 29, 2008, at 9:00 a.m. to May 27, 2008, at a time compatible to the courts calendar.

This motion is based on the following circumstances:

1. Counsel Phillip Paul Weidner is unavailable as he will be traveling to Portland, Oregon, for a deposition scheduled on May 30, 2008, in the case of Mark Ha, et al. v. Unisource Worldwide, et al. 3AN-06-12989 CI, and associate counsel A. Christina Weidner Tafs will be unavailable on June 3, 2008, for personal matters;[1]
2. After the deposition scheduled on May 30, 2008, in Portland, Phillip Paul Weidner will be traveling from Portland, Oregon, to Peoria, Illinois, to depose numerous Caterpillar employees/experts/designers from June 4, 2008 to June 6,

---

[1] As said in more detail below, both Mr. Weidner and Ms. Weidner Tafs will be traveling to the Portland, Maine area for the graduation of Phillip R.T. Weidner, Mr. Weidner's son and Christina Weidner's brother, from medical school from the University of New England.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fzx (907) 278-6571

      2008, as to a Caterpillar truck involved in a rollover at the Red Dog Mine resulting in the severe injuries of Arthur Ballot, which is a subject of products liability litigation pending in the Superior Court of the State of Alaska. *Arthur Ballot v. Caterpillar, et al. 2KB-06-16 CI.* Said case is set for trial August 4, 2008, and discovery is closing;

3. As previously noted, after completing the depositions in Oregon and Illinois, Mr. Weidner will be traveling to the Portland, Maine, area to attend an awards ceremony and/or graduation of his son Phillip Robin Thor Weidner's graduation from medical school.

Undersigned counsel has conferred with the court's calendaring clerk and is aware of the fact that presently time appears available for May 27, 2008.

Undersigned counsel has confirmed by phone with Assistant U.S. Attorney Frank Russo and ascertained that he non-opposes this relief.[2]

RESPECTFULLY SUBMITTED this 9th day of May, 2008.

    WEIDNER & ASSOCIATES, INC.
    Counsel for Dylan N. Bales

    s/ Phillip Paul Weidner
    WEIDNER & ASSOCIATES, INC.
    330 L Street, Suite 200
    Anchorage, AK 99501
    Phone (907) 276-1200
    Fax (907) 278-6571
    E-mail: nbackes@weidnerjustice.com
    ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on May 9, 2008, a copy of the foregoing **Non-Opposed Motion To Reschedule/Advance Sentencing Date** including [Proposed] **ORDER** was served fax and electronic mail on Frank Russo.

s/ Phillip Paul Weidner

---

[2] A similar motion is being filed in U.S. v. Landers to reschedule/advance the sentencing date from June 3, 3008, to May 27 or 29, 2008, given the fact that counsel is unavailable. Assistant U.S. Attorney Crandon Randell has agreed to non-oppose that motion. It is preferred that both sentencings be set for May 27, 2008, so that Mr. Weidner and Ms. Weidner will both be able to appear. If the court does not wish to hear both matters on May 27, 2008, then the request is made that they both be heard on May 29, 2008, so that Mr. Weidner may appear for both.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

**NON-OPPOSED MOTION TO ADVANCE/ RESCHEDULE SENTENCING DATE**
Page 2 of 2