Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | Case No. 3:06-CR-041-RRB |
| vs.       ) | |
| ) | |
| DYLAN N. BALES, et al.       ) | |
| ) | |
| Defendants.       ) | |
| ) | |

**[PROPOSED] ORDER GRANDING RESCHEDULING OF SENTENCING DATE**

Pursuant to motion, and for good cause shown, the sentencing in this matter as to Defendant Dylan N. Bales, is now set for May _____, 2008, at _____ p.m./a.m.

DATED this _____ day of May, 2008.

                                                                              _____
                                                                              The Honorable Ralph Beistline
                                                                              U.S. District Court Judge

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fzx (907) 278-6571

1

2

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a copy of the foregoing **Non-Opposed Motion To Reschedule Sentencing Date** including [Proposed] **ORDER** was served via fax and electronic mail on AUSA Frank Russo.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

2