Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | Case No. 3:06-CR-041-RRB |
| vs.       ) | |
| ) | |
| DYLAN N. BALES, et al.       ) | |
| ) | |
| Defendants.       ) | |
| _____) | |

**AMENDED CERTIFICATE OF SERVICE**

   This is to certify that on May 9, 2008, a true and correct copy of the *Non-Opposed Motion to Reschedule/Advance Sentencing Date* and *Proposed Order* was sent via facsimile to Chief Probation Officer Karen Brewer.


   RESPECTFULLY SUBMITTED this 12th day of May, 2008.

                   WEIDNER & ASSOCIATES, INC.
                   Counsel for Dylan N. Bales

                   s/ Phillip Paul Weidner
                   WEIDNER & ASSOCIATES, INC.
                   330 L Street, Suite 200
                   Anchorage, AK  99501
                   Phone (907) 276-1200
                   Fax (907) 278-6571
                   E-mail: nbackes@weidnerjustice.com
                   ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on May 12, 2008, a copy of the foregoing **Amended Certificate of Service** was served electronic mail on Frank Russo and via fax on Chief Probation Officer Karen Brewer.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571