NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-00041-03-RRB |
| Plaintiff, | ) |
| vs. | ) UNITED STATES' SENTENCING ) MEMORANDUM |
| DYLAN N. BALES, | ) |
| Defendant. | ) |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**TERM OF IMPRISONMENT.** . . . . . . . . . . . . . . . . . . . . . . **70 MONTHS**

**SUPERVISED RELEASE.** . . . . . . . . . . . . . . . . . . . . . . . . . **4 YEARS**

**SPECIAL ASSESSMENT.** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

The United States Probation Office ("USPO") has prepared a presentence investigation report ("PSR") in this case. The United States agrees with the factual findings of the USPO. The USPO appears to have made one error with respect to base offense level.

## I.   BACKGROUND

The defendant was part of an international drug and money laundering conspiracy that is set forth in detail in the PSR. The First Superseding Indictment, to which the defendant pled guilty, names him as a distributor of marijuana. Moreover, he was named in four counts of money laundering. Essentially, the defendant was a friend and business associate of Ranes who joined the conspiracy shortly before the murder of Thomas Cody. In his capacity as co-conspirator, the defendant distributed marijuana and assisted Ranes with money laundering activities. Moreover, he introduced Ranes to Curtis McDonald, who became a driver for the conspiracy. The defendant also helped unload marijuana on February 2, 2008, when Curtis McDonald brought a load of marijuana over the border into Alaska.

## II.   THE PLEA AGREEMENT

The defendant pled guilty to count 2 (conspiracy to distribute marijuana) and count 99 (money laundering) of the First Superseding Indictment. As far as relevant conduct, the defendant admitted that, "I knew and/or it was reasonably foreseeable to me that this group imported at least 700 kilograms or more in numerous shipments during the course of my involvement." Plea Agreement, p. 7. Indeed, as the addendum to the pre-sentence report demonstrates, this figure is supported by the evidence. See Addendum to PSR, docket 847-2 (finding support for 785.42 kilograms during the defendant's involvement). Accordingly, the admission in the plea agreement (between 700 and 1000 kilograms of marijuana) appears to be the correct amount of marijuana attributable to the defendant for relevant conduct purposes.

## III.  GUIDELINE APPLICATIONS

The plea agreement accurately predicted the defendant's total adjusted offense level of 27, with a criminal history category of I. Therefore, the defendant's advisory sentencing guideline range is 70 to 87 months.

## IV. APPLICATION OF 18 U.S.C. § 3553(a)

Application of the factors set forth in 18 U.S.C. § 3553(a) supports the imposition of a sentence at the low end of the guideline range. The defendant has one conviction that occurred nine years ago. The conviction appears related to the defendant's use of marijuana. The defendant also has an arrest from 2000 that appears to be alcohol related. Since that time, the defendant has gotten speeding tickets, but stayed out of more serious trouble until the defendant's current arrest. However, it is hard to imagine a more serious criminal endeavor to become involved with: an international drug and money laundering conspiracy that involved a murder.

Given that the defendant was a major distributor and money launderer in a multi-million dollar conspiracy, a serious sentence is warranted. Accordingly, the government requests a sentence of 70 months, followed by five years supervised release. $200 in special assessments are mandatory. The defendant is required to forfeit his interest in the assets set forth in the plea agreement.

//

//

//

RESPECTFULLY SUBMITTED this  16th  day of June, 2008 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on 16, 2008, via:

(X) Electronic case filing notice

Philip P. Weidner, Esq.

Executed at Anchorage, Alaska, on June 16, 2008.

s/ Frank V. Russo
Office of the U.S. Attorney