```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  DYLAN N. BALES            CASE NO. 3:06-CR-00041-03
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           PHILLIP P. WIEDNER

U.S.P.O.:                       SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JUNE 23, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:05 p.m. court convened.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of 24 months on count 2 and 99 of the Superseding Indictment, time served. Defendant not to serve anymore time on these charges.

 X Defendant placed on supervised release for a period of 5 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Fined $ 12,500.00

 X Special Assessment $ 200.00, due Immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X On motion of the U.S. Attorney, remaining counts 1, 100, 101, 115 and 116 of the Superseding Indictment; **DISMISSED**.

 X Notice of Appeal form given to defendant; Court advised defendant of appeal rights.

 X Payment coupon given to defendant.

 X OTHER: Court and counsel heard re defendant's Oral Motion to Seal Proceedings; **DENIED.** Court and counsel heard re plaintiff's motion (DKT 853); **GRANTED.** Court and counsel heard re defendant's motion (DKT 858); **GRANTED.** Defendant to forfeit the defendant's interest in the property as directed by the United States re counts 144 and 145 of the Superseding Indictment.

At 2:30 p.m. court adjourned.


DATE:    June 23, 2008            DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07