Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CR-041-RRB |
| vs. ) | |
| ) | |
| DYLAN N. BALES, et al. ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**

COMES NOW Phillip Paul Weidner, Attorney at Law of Phillip Paul Weidner & Associates, a Professional Corporation, on behalf of defendant Dylan N. Bales, and hereby gives notice of his intent to request redaction of the transcript of his imposition of sentence, held on June 23, 2008. The Notice of Filing Official Partial Transcript was set forth at Docket 924. Defendant will comply with the time schedule set forth at Docket 923, and file a Redaction Request by August 15, 2008.

RESPECTFULLY SUBMITTED this 1st day of August, 2008.

>WEIDNER & ASSOCIATES, INC.
>Counsel for Dylan N. Bales
>
>s/ Phillip Paul Weidner
>_____
>WEIDNER & ASSOCIATES, INC.
>330 L Street, Suite 200
>Anchorage, AK 99501
>Phone (907) 276-1200
>Fax (907) 278-6571

**Weidner & Associates**
330 L Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

E-mail: jgreene@weidnerjustice.com
ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, a copy of the foregoing **NOTICE OF REDACTION REQUEST** was served electronically on Allan Beiswenger, Thomas Bradley, Rex Butler, Charles Coe, Allen Dayan, Michael Dieni, Robert Herz, Joseph Josephson, Kevin McCoy, Frank Russo, Darryl Thompson, Herman G. Walker, Jr., Thomas Wonnell.

I further certify, the **Notice of Intent to Request Redaction** was mailed on August 1, 2008, to:

A&T Transcripts
2517 Shady Ridge Drive
Bedford, TX  76021

s/ Phillip Paul Weidner
ABA 7305032

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fzx (907) 278-6571